# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 8, 2013

## NO. 03-12-00309-CV

**Appellant, Larry F. York// Cross-Appellants, Texas Guaranteed Student Loan Corporation; and Greg Abbott, Attorney General for the State of Texas**

**v.**

**Appellees, Texas Guaranteed Student Loan Corporation; and Greg Abbott, Attorney General for the State of Texas// Cross-Appellee, Larry F. York**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE PEMBERTON**

**THE THIRD COURT OF APPEALS**, having heard this cause on appeal from the 261st District Court of Travis County, and having considered the appellate record, briefs, and counsels' arguments, concludes that the district court's judgment should be affirmed in part, and reversed and rendered in part.

**IT IS THEREFORE ORDERED**, in accordance with the Court's opinion, that:

(1) The district court's summary judgment that TGSL must disclose "the actual provisions of the Minutes themselves," including those pertaining to EAS, is affirmed;

(2) The district court's summary judgment that TGSL is not required to disclose its Strategic Plan, President's Reports, and any other attachments or exhibits to its minutes is reversed, and we render judgment that TGSL must make these records available to York;

(3) The district court's summary judgment that TGSL is not required to disclose the pricing information in its VFA application is affirmed; and

(4) The district court's summary judgment denying York's recovery of attorney's fees is affirmed.

**IT IS FURTHER** ordered that TGSL shall pay the costs of the appeal, both in this Court and the court below; and that this decision be certified below for observance.